23-3342-DWD

I, Kenneth Wilcox, am filling This lawsuit against The administrative staff, AW McCaffee, Warden Spoul, Captain Moorehead, Lt. Johns, Lt. Huggin as well as CO. Mauller. This stems from an Incident That took place on Feb. 6, 2023.

On That date officer Mauller came into my cell and proceeded To Totally Trash The place. In doing so he took some 48 plus books from my cell, as well as ALL of my legal paper work and research. In this were also 28 composition and regular notebooks. This where 26 notebooks with a whole lot of Time and effort on my behave of Food Recipes. Two of These notebooks were personal information from my PTSD class. I also lost a number of hobbie craft items.

I am asking To be compensated for my lost in The amount of $1,200.00. Then To be awarded The following amount for my pain and duress for The loss of my property in The sum of $250,000 dollars. This is for The loss of my legal and medical records, a large number of religious and irreplaceable military books. My father's side of The families Genealogy. All of my self help recipe books and my hobby Craft items.

I know for a fact That once This is filed in The courts I will be Targetted and my cell mates will be Targetted. So any form of retaliation or undo duress by staff will meet with This being awarded To me and some amount To my cell mates do To retaliation. This means any form of search, shake down of The unit or cell. Any form of a search of any Kind, do To The fact This institution has a habit of retaliation and hurrassing inmates who push any form of paper work and hold staff accountable for any form of wrong doing. I would hope for The safety and well being of my self, my cell and The whole unit That This honorable court would take an opportunity to honestly look into This issues, and others I will be pressing forward with in another suit.

I hope That you will honor my request and The following as well being as I have shown in copies of paperwork how I have Tried to handle This issue with STAFF. If I have To be more Than 1 request of The courts To make it to were They have To Transfer me by a U.S. marshals van along with ALL of my property To an institution of my choosing. They have also shipped inmates To yard where Their lives are placed in Danger. I am also requesting That There be a SINGLE CELL only placed on my central files. This is just The first of three or four said lawsuits I am filing against USP marion and STAFF.

I am also adding an additional # 150,000 Dollars for The fack That The STAFF AT USP MARION for Their blatant disregard for my FIRST Amendment Rights for my rights To practice and follow my relligious believes.

As I have shown The court, I have tried To solve These issues IN a productive formal manner. BUT at The same Time I have been refused my Administrative remedies all The way around. I have issued a Tort claim back in MARCH but I have not heard a Thing from Them. They have had ample time To respond and To fully Investigate my claim. I have been working with The Lieutenant over property. He said That he could not find any of my property in The property room. This is unexceptable for The facts That all of my notebooks, alarge amount of my relligious mutterial and all of my legal research can not be replaced.

I am also now adding Lt. Lunon or Lunen for Telling Staff To Tore up my cell. I file This with The courts on The following DATE: October 3, 2023

And That all the information and mutterial I submit To The court are True To The best of my abitity.

Kenneth Wilcox 15208-041
United States Penitentiary
Po Box 1000
Marion, IL. 62959.

As shown I have made a number of attempts To solve This issue now STAFF Are being Told To Trash my cell and Take even more of my property. I am now asking for The awarded finances, but The return of my property and for USP marion To Pay To have it shipped To my family, myself being placed In a stoyle cell of my choice.

Dear Director of The BOP, Colette Peters.

I know I am skipping The so called chain of command and/or The administrative remedy (BP) process. But so far everyThing I have done To address issues here at USP Marion, IL. has been met with deaf ears or with blatant forms of retaliation. I have had a shank (knife) planted on me or in a book I had, I have now had my cell tossed and all of my property taken from me. Including my legal work and legal research papers. All because I quote policy To The staff here. Now again I will quote policy and stand by it Program STatement 1040.04: NON-DISCRIMINATION of INMATES.

Now I have been openly discriminated against because I am one Jewish and number Two because I am white and do not affiliate with any form of gangs. Here if you are a member of The 044's (ST. Louis, mo) inmates or part of The so called Coalition GANGS or part of The LGBTQ+ you can do as you please.

As in There are inmates openly dealing drugs in here right in front of staff. They are openly smoking what They claim is K2 and who knows what type of Tobacco and yot staff does nothing provided you are one of The special group. I have seen

Dear Director of The BOP, Colette Peters.

I know I am skipping The so called chain of command and/or The administrative remedy (BP) process. But so far everyThing I have done To address issues here at USP marion, IL. has been met with deaf ears or with blatant forms of retaliation. I have had a shank (Knife) planted on me or in a book I had, I have now had my cell tossed and all of my property taken from me. Including my legal work and legal research papers. All because I quote policy To The staff here. Now again I will quote policy and stand by it Program STatement 1040.04: NON-DISCRIMINATION of INMATES.

Now I have been openly discriminated against because I am one Jewish and number Two because I am white and do not affiliate with any form of gangs. Here if you are a member of The 044's (ST, Louis, mo) inmates or part of The so called Coalition GANGS or part of The LGBTQ+ you can do as you please.

As in There are inmates openly dealing drugs in here right in front of staff. They are openly smoking what They claim is K2 and who knows what Type of Tobacco and yet staff does nothing provided you are one of The special group. I have seen

first hand how both The 044 (St. Louis) Group and The Coblition group extort other inmates over cells and even Threaten Them untll they are forced To more out of sertain cells and staff allows This to take place each and every day. Like there is an inmate here who needs a walker to help Them walk They were forced To give up Their walker and To move out of The handycap cell so Two young Thugs That are 044 could have it, because They claim They own That cell. An yet again staff allows This To happen.

Then we go To Program Statement 5324.12: Sexually ABUSIVE BEHAVIOR PREVENTION and INTERVENTION PROGRAM. This is a very big joke here. STAFF here openly allow and encourage homosexual and Transgender lifestyle here. They allow gay couples To live Together. They place Transgender Inmates into cells straight inmates. An if we say anything To staff about This being against polley we are Threatened To be placed in The SHU (special housing unit) and shipped To an active yard. That is staff's answer To everything. They hold it over our heads To blatantly ships inmates To active yards. Knowing all To well it is a death sentence To ship somebody To an active yard from here. Then we have constant sexual acts taking place in The library, both indoor and outdoor

first hand how both The 044 (st. Louis) Group and The Coalition group extort other inmates over cells and even Threaten Them until they are forced To move out of sertain cells and staff allows This to take place each and every day. Like There is an inmate here who needs a walker to help Them walk They were forced To give up Their walker and To move out of The handycap cell so Two young Thugs That are 044 could have it, because They claim They own That cell. An yet again staff allows This To happen.

Then we go To Program Statement 5-324.12: Sexually ABUSIVE BEHAVIOR PREVENTION and INTERVENTION PROGRAM. This is a very big joke here. STAFF here openly allow and encourage homosexual and Transgender lifestyle here. They allow gay couples To live Together. They place Transgender Inmates into cells straight inmates. An If we say anything To staff about This being against policy we are Threatened To be placed in The SHU (special Housing Unit) and shipped To an active yard. That is staff's answer To everything, They hold iT over our heads To blatantly ships inmates To active yards. Knowing all To well iT is a death sentence To ship somebody To an active yard from here. Then we have constant sexual acts Taking place in The library, both indoor and outDoor

recreation, in The chow hall we have had inmates giving each other hand jobs and Then in The middle of The day room we have open petting taking place, men almost setting in each others laps, sucking on each others necks and so on right in front of staff and They just Turn a blined eye To it.

Then we have 6031.04 : HealTH CARE for Inmates, I have had a mass on my right lung for at least 11 years now ThaT They have known of. Then There is The ARTHRITIS in my neck and lower back. As well as boTh knees and my hips. I am now having paralysis on my right side. I went To medical back in late September, early October about This but sTill have noT had The CAT scan. Now my hearing is so bad I can noT hear aT times. I had an in house TesT in January 2022. An ouTside TesT Two monThs plus ago and I sTill do noT have my new hearing aids. I soffer acid reflux and was on medication until I came To USP marion. Now I can noT even get a wedge To help in This area. I would get better medical care from a veterinarian. Then I have COPD so bad I am on Two INhalors each day, spiriva 18 mcg once per day and Then monetosone FuroaTe Twice daily.

Then I have a rescue inhaler (Albuterol) as needed. I have Tried for a compassionate release but got refused. I guess the judge would rather the government spend a bunch of money for my medications and what limited health care we get, which is not much.

Now I more on To other major health Issues here at USP Marion. What is very sad and bad here I can wipe down my cell each and every morning and by the afternoon Time It is just as nasty with dust and God only knows what else. Now I am in or housed in N unit here at USP MARION, IL. There is mold growing in and around each of the showers. Then in a large number of The cells There Is mold growing under The bottom bunks on The outer walls. Then in the common area or Day Room back by cell 113 on The ceiling, There Is mold growing. We even have mold growing inside our ice machine. There are a large number of leaks in The ceiling in every hall way but maybe one and That being The main entry way. There is one leak just outside of The door way into medical. After COVID Lock down There was mold growing There as well.

Staff here allow Inmates To cut hair out in The day room. What happens with This it gets ground up from people walking over it so it gets Tracked all over The unit making in a hazard health wise.

STAFF Allows Inmates To deep fry in a plastic Trash can using mayonnaise. Then STAFF openly smoke just outside a number of The Door way, They use e-cigarettes. They allow inmates To smoke who knows what, Tea leaves, dried out chewing Tobacco and so forth. They also smoke what They call K-2 Drugs. But most Times its some form of Bug Killer, acid Tone or some other health hazard That can be found To spray onto paper.

This really does wonders for my COPD To be faced with These kinds of Hazards. ANOTher very scary Issue we face here. I can clean my water jug on MONDAY and by Thursday it is slimy on The inside and taste like dirt and mold from The water. I am just one of about 6 orderlies in The unit. We can go around in The evening after everybody is lock in Their cells and sweep The floor and stairs. An by morning iT needs iT yet again and The only people ouT are The guards when and If They do Their rounds. What I mean by That, I have seen for myself STAFF sleeping in The offIce and noT making Their rounds. I have had Times when I can noT sleep and during The midnighT To 8am shifT I have only seen Two walk Throughs. That being aT

midnight and again when they let the Am shift food service works out to work at about 3:30 to 4:AM.

I fully expect to be harassed and openly discriminated and even retaliated against because I am writing this letter to you. But this is not the only copy I am sending out. I am sending one to you, one to the lawyer, one to Mr. Durbin and one to the ACA. I personally feel it is way past time this gets addressed. I have been here at this prison since Nov. 13, 2017 and it is only getting worse and unsafe each day that goes by.

My medical issues are starting to get worse as of the start of this letter. I feel this place needs to be investigated and have an oversight committee set up to over see this place and the staff. I have personally witnessed Drugs, child and regular porn come into the prison. How is this so, let alone I know of three cell phones that have been in here. These are just a few of the issues at Usp marion that need to be addressed a soon.

Thank you.

Kenneth Willcox
15228-041

TRULINCS  15228041 - WILCOX, KENNETH LEON - Unit: MAR-N-A

--------------------------------------------------------------------------------------------------

FROM: Warden
TO: 15228041
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/08/2023 11:17:02 AM

All inmate requests will be addressed by the AW for final decision.  The AW will address the Warden if appropriate.  The Warden will only accept and respond to those deemed sensitive in nature.  Please address your request to the MAR-InmatetoAWOperations  box and provide details of attempts to rectify at the lowest level.

_____

From: ~^! WILCOX, ~^!KENNETH LEON <15228041@inmatemessage.com>
Sent: Monday, February 6, 2023 5:34 PM
Subject: ***Request to Staff*** WILCOX, KENNETH, Reg# 15228041, MAR-N-A

To:
Inmate Work Assignment: trulinks

What is really sad, they worry about a person trying to better them selves with religion. But then set there and watch people day in and day out openly shouting dish gambling and everything else. Plus I forgot I am not gay, transgender or black 044. They get away with doing as they please. Like dealing dope, using dope and staff does nothing.

TRULINCS  15228041 - WILCOX, KENNETH LEON - Unit: MAR-N-A

--------------------------------------------------------------------------------------------------

FROM: Warden
TO: 15228041
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/08/2023 11:12:02 AM

All inmate requests will be addressed by the AW for final decision.  The AW will address the Warden if appropriate.  The Warden will only accept and respond to those deemed sensitive in nature.  Please address your request to the MAR-InmatetoAWOperations  box and provide details of attempts to rectify at the lowest level.

Your email is being forwarded to Captain Moorhead.

_____

From: ~^! WILCOX, ~^!KENNETH LEON <15228041@inmatemessage.com>
Sent: Monday, February 6, 2023 2:23 PM
Subject: ***Request to Staff*** WILCOX, KENNETH, Reg# 15228041, MAR-N-A

To:
Inmate Work Assignment: trulinks

This is not expectable I have yet again lost everything. My room was ran sacked all of my religious books, certificates, medical supplies, religious paperwork, vitamins, some of my medication my scissors my needles, and so forth I  am out over well over a hundred dollars in books and paper work that can not be replace let alone all of my bible schooling stuff. and they think this is funny and ok NO IT IS NOT.

TRULINCS  15228041 - WILCOX, KENNETH LEON - Unit: MAR-N-A

-----------------------------------------------------------------------------------------------

FROM: Health Services
TO: 15228041
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/08/2023 07:27:05 AM

You can attend sick call to request a TED hose replacement. Wedge pillows are not issued for reflux. Have you tried any OTC items for symptom relief? Heating pads are not authorized. It appears you are pending an MRI in the near future and more can be determined once those results are received.

From: ~^! WILCOX, ~^!KENNETH LEON <15228041@inmatemessage.com>
Sent: Tuesday, February 7, 2023 8:52 AM
Subject: ***Request to Staff*** WILCOX, KENNETH, Reg# 15228041, MAR-N-A

To: Dr. Pass
Inmate Work Assignment: trulinks orderly

Ok yesterday my cell was trashed by staff they took my medical issue items. My compression socks some of my medications and so forth. I am wandering how I can get these items replaced. I just came in and got new socks a week ago only to have them taken.
    Then with my acid reflux issue I can no longer use book to prop myself up high enough to the point I can sleep and breath better do to this issue, I am wandering how I can go about getting a wedge pillow as well? Let alone I sent you a paper cop out about some things and have not heard anything back on them. I was wandering about inferred heating pads and such so maybe I can finally start to get some relief from the pain in my lower back, neck and right arm. It is only getting worse. That or possibly get sent to Rochester, MN.

TRULINCS 15228041 - WILCOX, KENNETH LEON - Unit: MAR-N-A

---

FROM: 15228041
TO: Drug Abuse Program
SUBJECT: ***Request to Staff*** WILCOX, KENNETH, Reg# 15228041, MAR-N-A
DATE: 02/17/2023 08:21:58 AM

To: treatment specialist Gochia
Inmate Work Assignment: trulinks orderly

I know you can not tell me any information about him but I am sending this to you to let you know what I am witnessing about inmate Tommy Jenkins and the way he is treated in here. I have witnessed inmates and staff treating him like a dog. They take it upon themselves to target him and tease and torment. It is like it is a game to see you can get under his skin the most. An like I stated it is not just the inmates who do so, staff sets back and allows it to happen right i n front of them. I fully understand that he is an easy target for them but they do not know when enough is enough. I personally would have snapped by now and went off any number of them so I have to give him credit for not doing so by now. But if there is any thing you can do in order to help him please do so. It is not right to see him treated this way every day.
   Plus there are somethings I would like to speak to you about if you can get the time to do so. Plus I have not been seen for well over four years now about my medications other than medical staff. I also wander why it is that A.A. and N.A. can be offered but not S.A. or S.A.A. ? I have been a part of the S.A.A. program before and if somebody truly works the program it does help and works. Plus I am wandering if there is ever going to be an A.A. group here at Marion.

TRULINCS 15228041 - WILCOX, KENNETH LEON - Unit: MAR-N-A

---

FROM: 15228041
TO: AW Office
SUBJECT: ***Request to Staff*** WILCOX, KENNETH, Reg# 15228041, MAR-N-A
DATE: 02/14/2023 07:03:30 PM

To: AW Soza
Inmate Work Assignment: trulinks orderly

I am wandering why it is that the Monday after I sent this very email to Captain Morehead My cell was trashed ? I mean almost all of my property was taken or thrown away. Now all of my religious books are setting up in the Lt's office and I have no clue as to when I will be allowed to box up the once I want to sent home. There are about three or four of them that I still need for my religious studies. I am taking five different studies and each one calls for a different Bible as well as my Strong's concordance> Let alone I also lost all of my legal work and legal research that is still very much needed and personal papers and then we get to my PTSD books and note books. Plus I take my time to write out recipes to give me something to do and to keep my mind busy, all of these were taken as well. Yes there is some that I wish to send home but when you have been out of work for over two years and just finally get a job, it still takes a little time to get the stamps to send them home. That is unless the prison fronts me the postage and has me pay it back $10 a month until it is paid off. I have way to much money in my books and so forth to lose. Thank you, plus I was told that there would be other cells that got shaken down over too much property but that has not happened and there are at least four or five cells that has way more than I did. For I do not plan on quitting my job anytime soon it took me way to long to find a job. The only way I would give this job up is to go back to UNICOR.
-----WILCOX, KENNETH LEON on 2/3/2023 10:01 AM wrote:

>

I am sending this to in the hopes of addressing a problem that I am faced with here in prison. I am and very much follow the orthodox Jewish faith and ways of life. I am not suppose to put a razor to my face of head. But I am able to use a shaver as in electric. What I am wandering and want to address is I do not trust and will not use the barber shop do to I can not over see the cleanliness of their trimmers. What I would like to ask you is to be authorized to purchase a beard and hair trimmer so I can keep myself properly groomed. By the T.R.M. for Judaism we should be allowed to purchase these items for our grooming. I know this has been an issue with people abusing this by turning them into tattoo motors but this is not my doing and I would not abuse this privilege if allowed to do so. I would even be willing to have them stored in the office station and having them inspected each time I would use them. So if I did try to alter them than I would get a shot for doing so. So I am placing this in your hands. I thank you for your time.

TRULINCS  15228041 - WILCOX, KENNETH LEON - Unit: MAR-N-A

---------------------------------------------------------------------------------------

FROM: 15228041
TO: Captain
SUBJECT: ***Request to Staff*** WILCOX, KENNETH, Reg# 15228041, MAR-N-A
DATE: 08/28/2023 11:37:54 AM

To: capt. Moorehead/ excess property Lt
Inmate Work Assignment: trulnks

This to the excess property Lt., I am trying to find my property that was taken back in February 6th. I have been trying to find it but keep running in to dead ends. All of my legal and medical paper work was taken. Then there is a 3-inch 3 ring binder that is all of my religious pager work. As well a two very expensive Bibles in there. One of them cost me $200.00 and the other even though it is in rough shape cost between $80.00 and $125.00 to replace. This is like the third or fourth time I have tried to contact you about this  no reply.  I had most of it in boxes to be shipped out when it was taken from me. I for some strange reason have had a very hard time finding work. I have been refused jobs do to being Jewish and then I have been constantly over looked for rehire in UNICOR for some strange reason. I have put in 4 different applications I was at one point number 7 on the general list then strangely I get taken off of it. That is why I was unable to ship them home. No job NO money.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 27, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : KENNETH LEON WILCOX, 15228-041
      MARION USP    UNT: 4 GP    QTR: N02-218L
      P.O. BOX 2000
      MARION,  IL 62959


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1155730-R1      REGIONAL APPEAL
DATE RECEIVED  : MARCH 23, 2023
SUBJECT 1      : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REMARKS        : PROPERTY CLAIMS SHOULD BE FILED THROUGH TORT PROGRAM



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Wilcox Kenneth L | 15228-041 | N | USP Marion
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

Back on Feb. 6, 2023 my room was shaken down. The Co one mr. Muler an Three Trajnees not just ransacked my room but They removed some $1193.00 in books, Legal researched, program pollices, Rellgious items, hobby craft items and all of my legal work.

Now all of my hobby craft items where Thrown In The Trash, some of my books and my legal work. Now I have also lost all of The items I purchased To help set me up for release from frison.

I was Told most of my sTuff is up In The LT's offlce. But That was over a month ago now. Even If I do get my property back I am still out some $500 worth of hobby crafts, and books/legal work

DATE | SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE | CASE NUMBER: _____

| CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) | BP–229(13)
APRIL 1982

USP LVN | PRINTED ON RECYCLED PAPER

BP-A0943 Small Claims for Property Damage or Loss (31 U.S.C. § 3723) CDFRM
MAY 09
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| 1. Location where the property loss or damage occurred: | 2. Name, address of claimant(Register number, street, city, state, and zip code): |
|---|---|
| UniTed STaTes PeniTenTiary Po Box 1000; Prison Read Marion, IL. 62959 | KenneTh Leon Wilcox 15228-041 |

| 3. Date and Day of Incident: | 4. Time: (A.M. or P.M.): |
|---|---|
| Feb. 6, 2023 | someTime beTween 12 pm - 2 pm |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

The Co came inTo my Room and proceeded To Take everyThing of mine from The cell. ThaT being all of my legal wooRk, all of my of my books for my sTudies and religion. The only ones ThaT where noT taken are my siddur (Pray book) and my Tanakh. There was over 80 books Taken, again all of my legal paper work and research, all of my hobby crafT iTems (2 pairs of scissors, Two ruler, 2 pencil sharpeners and pencils. IT comes To a ToTal of $1190.00. This is also 28 noTebooks wiTh recipes and such in iT. There are 10 cells ThaT are worse shape Than mine was

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)):     all are housed aT USP marion, I.L.
samuel smiTh JR.   Craig Dale EllioT, Richard miTchell, BoTh of my Cell mates and just abouT everybody who is in N-uniT here

7. Amount of Claim for Damage to, or loss of, privately owned property   (in dollars)
(Sum Certain Amount - Total Amount Of Claim):

$1190.00   This includes iTems I also order for research on businesses As well as oTher iTems. I am noT counTing oTher cosT for Thing for Books, legal Paper work, legal filling, noTeBooks, Hobby GrafT

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date |
|---|---|
| | |

WFD                          Prescribed by PS 1320

SALES INVOICE
Tucson - FCC
MAIN
ACCOUNT No. 15228041        TF42944
WILCOX, KENNETH LEON
12/23/15 Time 07:40:49        TX ID 3658347
                              Receipt# 2
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $151.18

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | *******CHIPS NACHO ANNIE 911 | $1.45 |
| 1 | ***CEREAL HONEY NUT TOAST OAT | $3.45 |
| 1 | BEANS W/CHORIZO E650 60CS | $1.50 |
| 5 | RICE, WHITE/24 | $6.00 |
| 1 | SPO 16-0058 $138.10 | $138.10 |
|   | # ITEMS SOLD: 9 | |
|   | CHARGE   15228041 | $150.50 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $0.68

Fingerprint Verified

Signature

I BELIEVE This is The Right SPO order for BLICK. items.

2 ply Tag Board $7.82 (for 100) had about ½ pack $3.80
crayola colored pensils, 50 count pk $12.57
1 maped hand-held pencil sharpener $.99
1 Dahle Canister Double holed Pencil sharpener $6.77
1 pair snippy scissors no longer in Blick. $1.99
1 pair Scotch scissors $1.99
1 pack SUSAN Bates # 18 Blunt T/p Needles $2.77
1. Westscott Plastic Ruler .99
1 Helix Shatterproof Plastic Ruler 2.39
                                        34.26

As well as 28 NOTEBOOKS aT $2.00 each = $56.00



# INVOICE

**BILLED TO:**
Kenneth Wilcox  15228-041
United States Penitentiary
P.O. Box 1000
Marion, IL  62959

**FROM:**
Sally E. Ascenzo, Co-Director
Marrowbone Public Library District
216 W. Main St.
Bethany, IL  61914-8627

| | |
|---|---|
| **INVOICE NUMBER** | n/a |
| **INVOICE DATE** | December 28, 2021 |
| **PURCHASE ORDER NO.** | n/a |
| **TERMS** | 90 Days |
| **SHIPPED VIA** | n/a |
| **F.O.B.** | n/a |

| QTY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1 | The Ship That Would Not Die by F. Julian Becton (used book) | .10 | .10 |
| 1 | The Last Oracle by James Rollins (used book) | .10 | .10 |
| 1 | Gideon's Sword by Preston & Child (used book) | 5.00 | 5.00 |
| | | | |
| | | | |
| | | **SUBTOTAL** | 5.20 |
| | | **TAX RATE** | |
| | | **TOTAL** | $5.20 |

Paid in full.
Mailed 12-28-2021

# INVOICE

**BILLED TO:**

Kenneth Wilcox  15228-
United States Penitentiary
P.O. Box 1000
Marion, IL  62959

**FROM:**

Sally E. Ascenzo, Co-Director
Marrowbone Public Library District
216 W. Main St.
Bethany, IL  61914-8627

| | |
|---|---|
| **INVOICE NUMBER** | n/a |
| **INVOICE DATE** | January 4, 2022 |
| **PURCHASE ORDER NO.** | n/a |
| **TERMS** | 90 Days |
| **SHIPPED VIA** | n/a |
| **F.O.B.** | n/a |

| QTY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1 | The Midnight Line by Lee Child (used book) | .10 | .10 |
| 1 | Miracle at Midway by Gordon W. Prange (used book) | .10 | .10 |
| | | | |
| | | | |
| | | | |
| | | **SUBTOTAL** | .20 |
| | | **TAX RATE** | |
| | | **TOTAL** | $.20 |

*Paid in Full. Mailed 1-4-22*

# INVOICE

**BILLED TO:**

Kenneth Wilcox  15228-041
United States Penitentiary
P.O. Box 1000
Marion, IL  62959

**FROM:**

Sally E. Ascenzo, Co-Director
Marrowbone Public Library District
216 W. Main St.
Bethany, IL  61914-8627

| | |
|---|---|
| **INVOICE NUMBER** | n/a |
| **INVOICE DATE** | January 18, 2022 |
| **PURCHASE ORDER NO.** | n/a |
| **TERMS** | 90 Days |
| **SHIPPED VIA** | n/a |
| **F.O.B.** | n/a |



| QTY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1 | The Coming Global Superstorm by Art Bell & Whitley Strieber (used) | .10 | .10 |
| 1 | Dancing with Death by Shanna Hogan (used) | .10 | .10 |
| 1 | The True Story of Catch-22 by Patricia Chapman Meder (used) | .10 | .10 |
| 1 | History Decoded by Brad Meltzer (used) | .10 | .10 |
| 1 | Understanding the Bible Old Testament (used) | .10 | .10 |
| | | **SUBTOTAL** | .50 |
| | | **TAX RATE** | |
| | | **TOTAL** | $.50 |



Paid in Full.
Mailed 1-18-22



# INVOICE

| | |
|---|---|
| **INVOICE NUMBER** | n/a |
| **INVOICE DATE** | January 11, 2022 |
| **PURCHASE ORDER NO.** | n/a |
| **TERMS** | 90 Days |
| **SHIPPED VIA** | n/a |
| **F.O.B.** | n/a |

BILLED TO:

Kenneth Wilcox 15228-041
United States Penitentiary
P.O. Box 1000
Marion, IL  62959

FROM:

Sally E. Ascenzo, Co-Director
Marrowbone Public Library District
216 W. Main St.
Bethany, IL  61914-8627

| QTY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1 | Seventh Plague by James Rollins | .10 | .10 |
| 1 | Too Late To Say Goodbye by Ann Rule | .10 | .10 |
| 1 | Webster's Dictionary | .10 | .10 |
| 1 | Better Homes & Gardens New Cook Book | .10 | .10 |
| | | SUBTOTAL | .40 |
| | | TAX RATE | |
| | | TOTAL | $.40 |

*Paid in Full.   1-11-22*
*[signature]*



# INVOICE

BILLED TO:

Kenneth Wilcox 15228-041
United States Penitentiary
P.O. Box 1000
Marion, IL  62959

| | |
|---|---|
| **INVOICE NUMBER** | n/a |
| **INVOICE DATE** | January 25, 2022 |
| **PURCHASE ORDER NO.** | n/a |
| **TERMS** | 90 Days |
| **SHIPPED VIA** | n/a |
| **F.O.B.** | n/a |

FROM:

Sally E. Ascenzo, Co-Director
Marrowbone Public Library District
216 W. Main St.
Bethany, IL  61914-8627

| QTY | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|-------------|-----------|--------|
| 1 | Blood Gospel by James Rollins (used) | .10 | .10 |
| 1 | Innocent Blood by James Rollins (used) | .10 | .10 |
| 1 | Blood Infernal by James Rollins (used) | .10 | .10 |
| | | | |
| | | | |
| | | **SUBTOTAL** | .30 |
| | | **TAX RATE** | |
| | | **TOTAL** | $.30 |

Paid in Full.
Mailed 1-25-2022

# INVOICE

**BILLED TO:**

Kenneth Wilcox  15228-041
United States Penitentiary
P.O. Box 1000
Marion, IL  62959

**FROM:**

Sally E. Ascenzo, Co-Director
Marrowbone Public Library District
216 W. Main St.
Bethany, IL  61914-8627

| | |
|---|---|
| **INVOICE NUMBER** | n/a |
| **INVOICE DATE** | March 1, 2022 |
| **PURCHASE ORDER NO.** | n/a |
| **TERMS** | 90 Days |
| **SHIPPED VIA** | n/a |
| **F.O.B.** | n/a |

COPY

| QTY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1 | The Greatest Generation by Tom Brokaw (used) | .10 | .10 |
| 1 | For the Duration by Lee Kennett (used) | .10 | .10 |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | .20 |
| | | TAX RATE | |
| | | | |
| | | TOTAL | $.20 |



Paid in Full
Marked 3-1-22

# INVOICE

**INGRAM**

Fed-Id
62-1746696

REMIT TO

Ingram Library Services
PO BOX 502779
ST. LOUIS, MO 63150-2779
1-800-937-5300 option 1

| INVOICE | MO | DAY | YEAR | BATCH | |
|---|---|---|---|---|---|
| 67477648 | 05 | 24 | 2022 | | LB |

| ORDER ENTRY | ACCOUNT | PAGE | TAX |
|---|---|---|---|
| NT97KSEO | 20T1090 | 1 | |

DUNS 12-159-9042

018

SOLD TO 20T1090
MARROWBONE PUBLIC LIB DIST
216 W MAIN ST
BETHANY, IL 61914-8627

SHIP TO 20T1090
MARROWBONE PUBLIC LIB DIST
216 W MAIN ST
BETHANY, IL 61914-8627

COPY
*Kenneth Wilcox*

TERMS: NET 30 EOM
WE APPLY 1.5% SERVICE CHARGE TO PAST DUE INVOICES

| QUANTITY | | T/C | TITLE | | | | UNIT PRICE | % DISC. | UNIT PRICE AFTER DISC | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | AUTHOR | | | | | | | | |
| 1 | 1 | HERTLER PO | RE-INHABITED 05132022 | 7200 | Q | 0997276622 | 29.95 | 40.0 | 17.97 | 17.97 |
| | | | Retail: | | | | | | | |
| | | | Nashville    UPS Ground | | | SubTotal: | | | | |
| | | | | | | Shipping/Handling: | | | | .00 |
| | | | | #Ctns | 1 | Weight        . Lbs | | | | |
| | | | | | | ** Total ** | | | | |

---

**INGRAM**

*If prepaid, please disregard. If paying by Invoice, please cut along dotted line and return lower portion with payment.*

Ingram Library Services
PO BOX 502779
ST. LOUIS, MO 63150-2779
1-800-937-5300 option 1

| OE # | NT97KSEO |
|---|---|
| ACCOUNT # | 20T1090 |

| INVOICE DATE | 5/24/2022 |
|---|---|

| INVOICE # | 67477648 |
|---|---|

| AMOUNT DUE | |
|---|---|

BING1-10014V00

*Mailed 5-31-22*
*Paid in Full.*

# INVOICE

BILLED TO:
Kenneth Wilcox  15228-041
United States Penitentiary
P.O. Box 1000
Marion, IL  62959

| | |
|---|---|
| **INVOICE NUMBER** | n/a |
| **INVOICE DATE** | October 18, 2022 |
| **PURCHASE ORDER NO.** | n/a |
| **TERMS** | 30 Days |
| **SHIPPED VIA** | n/a |
| **F.O.B.** | n/a |

FROM:
Sally E. Ascenzo
Marrowbone Public Library District
P.O. Box 536 ~ 216 W. Main St.
Bethany, IL  61914-8627

| QTY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1 | The Federalist Papers (used) | 4.71 | 4.71 |
| 1 | The Book of Woe by Greenberg (used) | 4.08 | 4.08 |
| 1 | Living Without Electricity by Pellman (printed & bound) | 2.48 | 2.48 |
| 1 | Vlad III Dracula by Treplow (printed & bound) | 3.84 | 3.84 |
| | | | |
| | | **SUBTOTAL** | 15.11 |
| | | **TAX RATE** | n/a |
| | | **TAX** | 0.00 |
| | | **TOTAL** | **$15.11** |

*Mailed 10-19-22*
*Paid in Full.*

Date:   02/07/2023                                                                                                    Location: MAR
Time:   02:37:48 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 15228041   Inmate Name: WILCOX, KENNETH LEON            Available Balance: $0.11**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 06/25/2013 | 4 | Sales | | -$3.00 |
| 06/24/2013 | 4811 | Books | | -$20.00 |
| 06/24/2013 | 4811 | BP 199 Request - Released | | $20.00 |
| 06/24/2013 | 4776 | Subscriptions | | -$23.99 |
| 06/24/2013 | 4776 | BP 199 Request - Released | | $23.99 |
| 06/24/2013 | 4771 | Books | | -$17.99 |
| 06/24/2013 | 4771 | BP 199 Request - Released | | $17.99 |
| 06/24/2013 | 4770 | Books | | -$97.18 |
| 06/24/2013 | 4770 | BP 199 Request - Released | | $97.18 |
| 06/19/2013 | TL0619 | TRUL Withdrawal | | -$5.00 |
| 06/19/2013 | TL0619 | TRUL Withdrawal | | -$15.00 |
| 06/18/2013 | 11 | Sales | | -$76.20 |
| 06/11/2013 | 18 | Sales | | -$9.00 |
| 06/07/2013 | MFRP0613 | FRP Quarterly Pymt | | -$25.00 |
| 06/07/2013 | MIPP0513 | Payroll - IPP | | $18.68 |
| 06/05/2013 | 4813 | BP 199 Request | | -$22.99 |
| 06/05/2013 | 4811 | BP 199 Request | | -$20.00 |
| 06/04/2013 | 6 | Sales | | -$182.00 |
| 06/03/2013 | 4776 | BP 199 Request | | -$23.99 |
| 06/03/2013 | 4771 | BP 199 Request | | -$17.99 |
| 06/03/2013 | 4770 | BP 199 Request | | -$97.18 |
| 06/03/2013 | TL0603 | TRUL Withdrawal | | -$30.00 |
| 06/03/2013 | TFN0603 | Phone Withdrawal | | -$30.00 |
| 06/03/2013 | 70134803 | Lockbox - CD | MALLINSON | $539.00 |

Inmate #: 15228041

Date:  02/27/2023                                                                      Location: MAR
Time:  08:47:56 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

Inmate No: 15228041   Inmate Name: WILCOX, KENNETH LEON          Available Balance: $2.01

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 01/27/2021 | TL0127 | TRUL Withdrawal | | -$30.00 |
| 01/27/2021 | 71 | Sales | | -$116.50 |
| 01/26/2021 | TL0126 | TRUL Withdrawal | | -$15.00 |
| 01/25/2021 | TL0125 | TRUL Withdrawal | | -$30.00 |
| 01/24/2021 | TL0124 | TRUL Withdrawal | | -$10.00 |
| 01/22/2021 | TL0122 | TRUL Withdrawal | | -$30.00 |
| 01/19/2021 | TL0119 | TRUL Withdrawal | | -$30.00 |
| 01/15/2021 | 1439 | Books | | -$122.00 |
| 01/15/2021 | 1439 | BP 199 Request - Released | | $122.00 |
| 01/15/2021 | 1438 | Books | | -$83.75 |
| 01/15/2021 | 1438 | BP 199 Request - Released | | $83.75 |
| 01/15/2021 | 1437 | Books | | -$52.96 |
| 01/15/2021 | 1437 | BP 199 Request - Released | | $52.96 |
| 01/15/2021 | 1440 | Books | | -$66.00 |
| 01/15/2021 | 1440 | BP 199 Request - Released | | $66.00 |
| 01/14/2021 | 114 | Sales | | -$191.60 |
| 01/05/2021 | 1440 | BP 199 Request | | -$66.00 |
| 01/05/2021 | 1439 | BP 199 Request | | -$122.00 |
| 01/05/2021 | 1438 | BP 199 Request | | -$83.75 |
| 01/05/2021 | 1437 | BP 199 Request | | -$52.96 |
| 01/04/2021 | TL0104 | TRUL Withdrawal | | -$30.00 |
| 01/03/2021 | TL0103 | TRUL Withdrawal | | -$30.00 |
| 01/02/2021 | TL0102 | TRUL Withdrawal | | -$30.00 |
| 01/01/2021 | TL0101 | TRUL Withdrawal | | -$30.00 |

Inmate #: 15228041

Date: 02/24/2023
Time: 09:27:00 PM

Location: MAR

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

Inmate No: 15228041   Inmate Name: WILCOX, KENNETH LEON     Available Balance: $2.01

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 07/30/2021 | TL0730 | TRUL Withdrawal | | -$5.00 |
| 07/30/2021 | TL0730 | TRUL Withdrawal | | -$10.00 |
| 07/27/2021 | TL0727 | TRUL Withdrawal | | -$30.00 |
| 07/27/2021 | 59 | Sales | | -$220.95 |
| 07/25/2021 | TL0725 | TRUL Withdrawal | | -$10.00 |
| 07/25/2021 | TL0725 | TRUL Withdrawal | | -$15.00 |
| 07/24/2021 | TL0724 | TRUL Withdrawal | | -$15.00 |
| 07/21/2021 | TL0721 | TRUL Withdrawal | | -$30.00 |
| 07/20/2021 | TL0720 | TRUL Withdrawal | | -$15.00 |
| 07/20/2021 | 7655 | Books | | -$50.00 |
| 07/20/2021 | 7655 | BP 199 Request - Released | | $50.00 |
| 07/20/2021 | 7573 | Books | | -$50.00 |
| 07/20/2021 | 7573 | BP 199 Request - Released | | $50.00 |
| 07/20/2021 | 7513 | Books | | -$200.00 |
| 07/20/2021 | 7513 | BP 199 Request - Released | | $200.00 |
| 07/20/2021 | 7512 | Books | | -$250.00 |
| 07/20/2021 | 7512 | BP 199 Request - Released | | $250.00 |
| 07/20/2021 | 37 | Sales | | -$72.75 |
| 07/17/2021 | 7655 | BP 199 Request | | -$50.00 |
| 07/16/2021 | TL0716 | TRUL Withdrawal | | -$30.00 |
| 07/15/2021 | TL0715 | TRUL Withdrawal | | -$30.00 |
| 07/14/2021 | 7573 | BP 199 Request | | -$50.00 |
| 07/13/2021 | 69 | Sales | | -$176.60 |
| 07/12/2021 | 7514 | BP 199 Request - Released | | $50.00 |
| 07/12/2021 | TL0712 | TRUL Withdrawal | | -$30.00 |
| 07/12/2021 | 7514 | BP 199 Request | | -$50.00 |
| 07/12/2021 | 7513 | BP 199 Request | | -$200.00 |
| 07/12/2021 | 7512 | BP 199 Request | | -$250.00 |
| 07/12/2021 | TL0712 | TRUL Withdrawal | | -$30.00 |
| 07/12/2021 | TL0712 | TRUL Withdrawal | | -$30.00 |
| 07/12/2021 | 70137603 | Lockbox - CD | | $1,400.00 |

Inmate #: 15228041

Books

1- Ford Flathead V-8 Builder's Handbook
2- The Book of Cookies
3- The Victory Era
4- World of War II
5- Creative Cooking Pasta
6- Assault from the Sky
7- Candy is Magic
8- The Book of Extraordinary Facts
9- Re-Inhabited Volume 1 America's Truthful History ⟩ *Legal*
10- Re-Inhabited Volume II The Story of the Re-Inhabitation ⟩ *STUFF*
11- Winning Habeas Corpus & Post Conviction Relief
12- The Freedom Answer Book *Legal*
13- Twenty-One Steps
14- Petra Revealed
15- Nowherelands An Atlas of the Vanished Countries
16- The Combat Trauma Healing Manual *Keep Program*
17- Beginners Guide to Herb Gardening
18- Jerusalem *Religious*
19- My Couch is your Couch
20- Crochet your way
21- The most beautiful Villages of Greece *Not mine*
22- Video Golden Movie Retriever
23- Show Time 26th Collector's Special Issue
24- Semi-Trucks of the American West
25- Huggable Crochet *Keep here*
26- The Art Scroll Library 2019 *see Catalog*
27- Paradise Lost
28- 500 Quick Meals
29- Pagan Christianity *Religious Keep*
30- Legal Assistant's Practical Guide to Professional Responsibility *Legal*
31- Revised Edition SHE Understanding Feminine Psychology *Religious/Psychology*
32- Tefillin Judaism's Crown
33- Amazing Testimonies of Changed Lives
34- The Dead Sea Scroll Bible *Religious*
35- The Genesis Record *Religious*

1. The Wonderful World of Tomorrow
2. Vlad Dracula *keep*
3. The Ship That Would Not Die
4. The Prophet Joel *Religious*
5. Who or What Is the Prophetic Beast *Religious*
6. The Four Horsemen of the Apocalypse *Religious*
7. Jonah *Religious*
8. The United States and Britain in Prophecy *Religious*
9. The Final Events of Bible Prophecy *Religious*
10. Arlington National Cemetery
11. Fright to the Point Ghosts of West Point
12. The Fall and Rise of Jerusalem *keep*
13. Enjoy Cooking the Costco Way
14. The New Throne of David *Religious*
15. Understanding the Bible Old Testament *keep*
16. Hero of Hacksaw Ridge *Religious*
17. The Bonsai Workshop
18. The Homemade Pantry
19. The Everyday Life Bible *Religious*
20. Rivers of Revelation *Religious*
21. Flying Aprons
22. Miracle at Midway
23. 1599 Geneva Bible *Religious*
24. The Cook Book
25. Natures Best Herbal Remedies
26. The Art of Jewish prayer *keep Religious*
27. The Holy Roman Empire *Religious*
28. The Reformation Study Bible *? Religious*
29. The Holy Bible *? Religious*
30. Machines of War
31. No Bake Deserts
32. Nutrition Science and Applications
33. Assisi *Not sure*
34. Life faces *Not sure*

1. The Dake Annotated Reference Bible *Need Keep Religious*
2. Innocent Blood *NOT sure*
3. Everyman's Talmud *Religious Keep*
4. Holy Bible *Religious Keep*
5. How Free will Works *NOT sure*
6. Cookies
7. The Fall and Rise of Jerusalem *Keep Religious*
8. The Book of Woe *Keep Here*
9. The Federalist Papers *Keep here*
10. Book of Mormon
11. Sooner Than You Think *Religious*
12. The Lion of Judah *Religious*
13. Lasher
14. Blood Gospel *Religious*
15. The Orthodox Study Bible *Religious*
16. Forbidden Hollywood
17. KJV Commentary Bible *Religious*
18. The Gift of the Jews *Religious*
19. Strong's Exhaustive Concordance of the Bible *Need for Studies*
20. Biblical Hebrew *Keep School Religious*
21. Lonely All the Time *Religious*
22. Daily Inspiration for Purpose Driven *Religious*

List of Contraband

1. 24 notebooks
2. 2 legal boxes of Personal Papers



Boxed oct. 4, 2023

MAIL CLEARED
US MARSHALS

◇15228-041◇
United States Courthouse
301 W MAIN ST
1 st Floor
Benton, IL 62812
United States

Kenneth Wilcox 15228-041
United States Penitentiary
Po Box 1000
Marion, IL 62959

RECEIVED

OCT 10 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

OCT 04 2023

Boxep on Oct. 04, 2024