## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH WILCOX,                               )
                                              )
                          Plaintiff,          )
                                              )
vs.                                           )          Case No. 3:23-cv-3342-DWD
                                              )
ADMINISTRATIVE STAFF, ET AL,                  )
                                              )
                          Defendants.         )

### JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on January 18, 2024 (Doc. 8), this matter is **DISMISSED without prejudice** for failure to state a claim and for failure to prosecute.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: January 19, 2024**

                              MONICA A. STUMP, Clerk of Court

                              _s/ Dana M. Winkeler_____
                              **Deputy Clerk**

**Approved:** _s/ David W. Dugan_
**David W. Dugan, U.S. District Judge**